IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO BARRETTO,

    Plaintiff,                  No. CIV S-07-1544 FCD DAD P

    vs.

L. SMITH, et al.,

    Defendants.          <u>ORDER</u>

_____/

    Plaintiff has requested an extension of time to file an amended complaint pursuant to the court's order of December 21, 2007. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Plaintiff's January 9, 2008 request for an extension of time is granted; and

    2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

DATED: January 14, 2008.

                                          DALE A. DROZD
                                          UNITED STATES MAGISTRATE JUDGE

DAD:bb
barr1544.36ac