IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO BARRETTO,

      Plaintiff,                    No. CIV S-07-1544 FCD DAD P

    vs.

L. SMITH, et al.,

      Defendants.            <u>ORDER</u>

         Plaintiff is a state prisoner proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983. By order filed December 21, 2007, plaintiff's complaint naming more than twenty defendants was dismissed with leave to amend. Plaintiff has filed an amended complaint naming as defendants Sergeant D. Hitt, Correctional Officer J. Look, Sergeant D. Mendoca, Lieutenant E.J. Schirmer, Correctional Officer L. Smith, and Captain M. Wright.

         The court finds that plaintiff's complaint appears to state cognizable claims for relief against defendants Look, Schirmer, Smith, and Wright. If the allegations of the complaint are proven against the defendants, plaintiff has a reasonable opportunity to prevail on the merits of this action. The court finds that plaintiff's complaint does not state a cognizable claim against defendants Hitt and Mendoca. The court previously advised plaintiff that he was required to

1  allege with some degree of particularity the overt acts which each defendant engaged in
2  supporting his claims.  Plaintiff has failed to allege any specific causal link between the actions
3  of defendants Hitt and Mendoca and the claimed constitutional violations.
4       Also before the court is plaintiff's request for appointment of counsel.  The United
5  States Supreme Court has ruled that district courts lack authority to require counsel to represent
6  indigent prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298
7  (1989).  In certain exceptional circumstances, the district court may request the voluntary
8  assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017
9  (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).
10      The test for exceptional circumstances requires the court to evaluate the plaintiff's
11 likelihood of success on the merits and the ability of the plaintiff to articulate his claims pro se in
12 light of the complexity of the legal issues involved.  See Wilborn v. Escalderon, 789 F.2d 1328,
13 1331 (9th Cir. 1986); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).  Circumstances
14 common to most prisoners, such as lack of legal education and limited law library access, do not
15 establish exceptional circumstances that would warrant a request for voluntary assistance of
16 counsel.  In the present case, the court does not find the required exceptional circumstances.
17      Accordingly, IT IS HEREBY ORDERED that:
18      1. Service of the amended complaint is appropriate for the following defendants:
19 Look, Schirmer, Smith, and Wright.
20      2. The Clerk of the Court shall send plaintiff four USM-285 forms, one
21 summons, an instruction sheet, and a copy of the amended complaint filed February 6, 2008.
22      3. Within thirty days from the date of this order, plaintiff shall complete the
23 attached Notice of Submission of Documents and submit all of the following documents to the
24 court at the same time:
25 /////
26 /////

    a. The completed, signed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 1 above; and

    d. Five copies of the endorsed amended complaint filed February 6, 2008.

  4. Plaintiff shall not attempt to effect service of the amended complaint on defendants or request a waiver of service of summons from any defendant. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

  5. Plaintiff's February 6, 2008 request for appointment of counsel is denied.

DATED: March 3, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
barr1544.1am

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO BARRETTO,

      Plaintiff,                     No. CIV S-07-1544 FCD DAD P

    vs.

L. SMITH, et al.,                   NOTICE OF SUBMISSION

      Defendants.              OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      ____ <u>one</u> completed summons form;

      ____ <u>four</u> completed USM-285 forms; and

      ____ <u>five</u> true and exact copies of the amended complaint filed February 6, 2008.

DATED: _____.

                                                       _____
                                                       Plaintiff