IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO BARRETTO,

    Plaintiff,                    No. CIV S-07-1544 FCD DAD P

    vs.

L. SMITH, et al.,

    Defendants.             <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to submit the documents necessary to effect service on defendants pursuant to the court's order of March 3, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's March 13, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to submit the documents necessary to effect service on defendants.

DATED: March 24, 2008.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:bb
barr1544.36usm