IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO BARRETTO,

    Plaintiff,                         No. CIV S-07-1544 FCD DAD P

   vs.

L. SMITH, et al.,

    Defendants.                <u>ORDER</u>

/

        Plaintiff has filed a second request for an extension of time to submit the documents necessary to effect service on defendants pursuant to the court's order of March 3, 2008. Good cause appearing, the request will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's April 17, 2008 request for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to submit the documents necessary to effect service on defendants.

DATED: April 24, 2008.

*Dale A. Drozd* (signature)
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:ak
barr1544.36usm(2)