IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **FRANCISCO BARRETTO,** | Case No.:  2:07-cv-1544 FCD DAD P |
| Plaintiff, | **ORDER** |
| v. | |
| **L. SMITH, et al.,** | |
| Defendant. | |

Defendants Schirmer, Wright, Look and Smith have filed a request for an extension of time to file objections to the Magistrate Judge's Findings and Recommendations.  Good cause appearing, IT IS HEREBY ORDERED that Defendants' request is granted.  Defendants shall file their objections to the Findings and Recommendations on or before December 24, 2008.

DATED: December 9, 2008.

/barr1544.36obj

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1