IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO BARRETTO,

        Plaintiff,                  No. CIV S-07-1544 FCD DAD P

   vs.

L. SMITH, et al.,

        Defendants.         <u>ORDER</u>

                                  /

       Plaintiff has requested an extension of time to file objections to the court's November 20, 2008 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Plaintiff's December 22, 2008 request for an extension of time (Doc. No. 39) is granted; and

       2. Plaintiff is granted thirty days from the date of this order in which to file objections to the court's November 20, 2008 findings and recommendations.

DATED: January 7, 2009.

                                                    /s/ Dale A. Drozd
                                                    DALE A. DROZD
                                                    UNITED STATES MAGISTRATE JUDGE

DAD:9
barr1544.36objs