IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO BARRETTO,

    Plaintiff,               No. CIV S-07-1544 FCD DAD P

    vs.

L. SMITH, et al.,

    Defendants.        <u>ORDER</u>

_____/

        Plaintiff has requested a second extension of time to file and serve objections to the November 20, 2008 findings and recommendations and to file and serve a reply to defendants' objections to the November 20, 2008 findings and recommendations. Good cause appearing, the court will grant plaintiff twenty days to file and serve his objections and his reply to defendants' objections. However, no further extensions of time will be granted for this purpose.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Plaintiff's February 13, 2009 request for an extension of time (Doc. No. 43) is granted; and

/////

/////

1

2. Plaintiff is granted twenty days from the date of service of this order in which to file and serve objections to the November 20, 2008 findings and recommendations and to file and serve a reply to defendants' objections to the November 20, 2008 findings and recommendations. No further extensions of time will be granted for this purpose.

DATED: February 23, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9:mp
barr1544.36obj(2)