IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO BARRETTO,

     Plaintiff,                       No. CIV S-07-1544 FCD DAD P

     vs.

L. SMITH, et al.,

     Defendants.             <u>ORDER</u>

           On May 11, 2009, the court issued a discovery and scheduling order in this matter. Defendants have filed a request to modify the scheduling order to allow additional time to take plaintiff's deposition and file a dispositive motion.

           Good cause appearing, IT IS HEREBY ORDERED that:

           1. Defendants' October 1, 2009 request (Doc. No. 67) is granted;

           2. Defendants shall take plaintiff's deposition on or before October 30, 2009;

           3. Defendants shall file any dispositive motions on or before December 14, 2009. Motions shall be briefed in accordance with paragraph 7 of this court's order filed June 4, 2008; and

/////

/////

1

          4.  Except as set forth in this order, the court's May 11, 2009 discovery and scheduling order remains in effect.

DATED: October 5, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
barr1544.41mod