IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO BARRETTO,

    Plaintiff,                   No. CIV S-07-1544 FCD DAD P

    vs.

L. SMITH, et al.,

    Defendants.             ORDER

/

        Defendants have filed a request for an extension of time to file and serve a motion for summary judgment.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Defendants' December 11, 2009 request for an extension of time (Doc. No. 71) is granted; and

        2. Defendants shall file a motion for summary judgment on or before January 13, 2010.

DATED: December 15, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
barr1544.36msj